Judge James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                     )<br>              Plaintiff,                      )<br>                                                     )<br>         v.                                       )<br>                                                     )<br>BHINDER SINGH DHALIWAL      )<br>                                                     )<br>              Defendant.                  )<br>_____) | NO. CR05-126 JLR<br><br>ORDER FOR CONTINUANCE<br>OF TRIAL AND RELATED MATTERS |

Upon consideration of the parties Stipulated Motion for Continuance of Trial Date and Related Matters and the defendant's statement to this Court that he wished to delay his trial in order to secure the presence of a witness who is presently unavailabe, THE COURT NOW FINDS that pursuant to Title 18, United States Code, Sections 3161(h)(3)(A), (h)(8)(A) and Section 3161(h)(8)(B)(i), the ends of justice served by continuing the trial date to August 8, 2005, outweigh the best interests of the public and the defendant in a speedy trial, in that, it has been demonstrated that the defendant intends to call a witness at trial he considers essential to his case who is unavailable at present for trial.

IT IS THEREFORE ORDERED THAT trial in this matter is continued until August 8, 2005.

IT IS FURTHER ORDERED THAT, for the purposes of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. §§ 3161-3174, the period of delay from July 6, 2005, up to and including August 8, 2005, is excludable time pursuant to 18 U.S.C. § 3161(h)(3)(A), (h)(8)(A) and (h)(8)(B)(i).

ORDER CONTINUING TRIAL/DHALIWAL - 1
CR05-126 JLR

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1   IT IS FURTHER ORDERED THAT defendant's pre-trial motions shall be filed no
2 later than July 15, 2005, and that any response to the defendant's pre-trial motions shall
3 be filed by the government no later than July 22, 2005.
4   DATED this <u>7th</u> day of <u>July,</u> 2005.

*[signature]*

JAMES L. ROBART
United States District Judge

Presented by:

<u>s/*Susan B. Dohrmann*</u>
SUSAN B. DOHRMANN
Assistant United States Attorney
Washington State Bar No. 13475
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone: 206.553.7970
fax: 206.553.0755
E-mail: susan.dohrmann@usdoj.gov

<u>s/*Allen R. Bentley (telephonic approval)*</u>
Allen R. Bentley
Attorney for Defendant
Washington State Bar Number 12275
1111 Third Avenue
Seattle, WA 98101
Telephone: 206.343.9391
Fax: 206.682.3746
E-mail: abentley@concentric.net

ORDER CONTINUING TRIAL/DHALIWAL - 2
CR05-126 JLR

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970