HON. JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) NO. CR05-126JLR |
| v. | ) ORDER GRANTING A CONTINUANCE |
| | ) OF TRIAL AND FINDING EXCLUDABLE TIME |
| BHINDER SINGH DHALIWAL, | ) |
| Defendant. | ) |

Having reviewed the stipulation of the parties, the court has determined that a continuance of the trial date is appropriate and necessary in this case because the interest of the defendant and the public in a speedy trial is outweighed by the interest of the defendant in having adequate time in which to investigate and prepare his defense to significant criminal charges;   accordingly, it is hereby

ORDERED that the trial of this case, currently scheduled to begin on August 8, 2005, is continued to September 6, 2005  at 9:00 a.m.  It is further ORDERED that the time between the entry of this order and September 6, 2005 shall be treated as excludable time under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8).

DONE this 2nd day of August, 2005.

s/James L. Robart
_____
HON. JAMES L. ROBART
United States District Judge

ORDER GRANTING A CONTINUANCE OF
TRIAL AND FINDING EXCLUDABLE TIME - 1

Law Offices of Allen R. Bentley
1111 Third Avenue, Suite 2220
Seattle, WA 98101-3207
(206) 343-9391

Presented by:

/s/ Allen R. Bentley
ALLEN R. BENTLEY
WSBA No. 12275
Law Offices of Allen R. Bentley
1111 Third Avenue
Seattle, WA 98101
Telephone: (206) 343-9391
Fax: (206) 682-3746
Email: abentley@concentric.net

ORDER GRANTING A CONTINUANCE OF
TRIAL AND FINDING EXCLUDABLE TIME - 2

Law Offices of Allen R. Bentley
1111 Third Avenue, Suite 2220
Seattle, WA 98101-3207
(206) 343-9391