UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>BHINDER SINGH DHALIWAL,<br><br>        Defendant. | NO. CR05-126JLR<br><br>ORDER<br><br>Jury in Deliberation |

It is the ORDER of the court that the jury in this case be committed to the custody of a duly sworn bailiff or bailiffs; and

It is FURTHER ORDERED that the Clerk, U.S. District Court, pay for the meals of said jurors and bailiff(s) at the expense of the United States Courts.

DATED this 9th day of September, 2005.

JAMES L. ROBART
United States District Judge

ORDER